[No. 71535-6-I.   Division One.   April 27, 2015.]

JOHNNY FERARA, *Appellant*, v. MAKAYLE G. RICH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-20919-5, William L. Downing, J., entered January 17, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 71546-1-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HUD ANTHONY BERLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01037-7, George N. Bowden, J., entered February 25, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 71556-9-I.   Division One.   April 27, 2015.]

SOCIUS LAW GROUP, PLLC, ET AL., *Appellants*, v. MARK BRITTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-22451-0, Monica J. Benton, J., entered October 11, 2013. *Reversed in part* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.

[No. 71606-9-I.   Division One.   April 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFONZIA ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03128-0, Laura Gene Middaugh, J., entered February 24, 2014. *Dismissed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.